## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.    18-CR-4032-LTS |
| vs. | **ORDER CONTINUING TRIAL** |
| JESUS JONATHAN VAZQUEZ-ESPINOZA, | |
| Defendant. | |

_____

This matter is before the Court on Defendant's unresisted motion to continue the trial scheduled for September 4, 2018 (Doc. 16).

The motion to continue trial states that current counsel was only recently appointed following the withdrawal of prior counsel (Order of Appointment, Doc. 14, 07/11/2018). Doc. 16.   The motion further states that this matter is expected to be resolved by a plea agreement and that the parties are in the final negotiations but more time is required to finalize (anticipated within the next few weeks).   Doc. 16.   There have been two previous continuances (filed by former defense counsel on 06/04/2018, Doc. 8; and on 07/06/2018, Doc. 11), and the Government does not object to the requested relief.

"District courts are afforded broad discretion when ruling on requests for continuances, but [c]ontinuances generally are not favored and should be granted only when the party requesting one has shown a compelling reason."   *United States v. Jirak*, 728 F.3d 806, 815 (8th Cir. 2013) (quoting *United States v. Cotroneo*, 89 F.3d 510, 514 (8th Cir. 1996)) (internal quotes omitted).   "In determining whether to grant a continuance, the trial judge must balance the asserted need for the continuance against the hardship of the resulting delay, and should also consider the complexity of the case,

the diligence of the party requesting a continuance, and the conduct of the opposing party." *United States v. Farlee*, 757 F.3d 810, 821 (8th Cir. 2014), *cert. denied*, 135 S. Ct. 504 (2014) (citing *United States v. Coronel–Quintana,* 752 F.2d 1284, 1287–88 (8th Cir. 1985)).  When balancing the foregoing factors, the court may also consider: "whether a delay will seriously disadvantage either party," potential prejudice to the defendant, and how the continuance weighs against the defendant's interest in a speedy trial.  *See* Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(1)-(7) (2016) (stating when a continuance is "excludable" from the time allotted for a Speedy Trial); *see also United States v. Moe*, 536 F.3d 825, 831 (8th Cir. 2008); *United States v. Roberts*, 787 F.3d 1204, 1212 (8th Cir. 2015); *United States v. Dunn*, 723 F.3d 919, 928 (8th Cir. 2013). "Because this balancing requires familiarity with the parties and particular circumstances of the case, the trial court retains broad discretion to grant a continuance."  *Farlee*, 757 F.3d 810 at 821 (citing *Morris v. Slappy*, 461 U.S. 1, 11, (1983)).

In the instant case, the court finds the reasons advanced by the Defendant for the continuance serve the ends of justice and outweigh the interests of the public and the Defendant's right to a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  Accordingly, for good cause shown, the Defendant's motion to continue (Doc. 16) is **granted**, and the trial of this cause scheduled for September 4, 2018, is hereby **continued to the two-week period beginning October 1, 2018**.[1] Further, for the reasons set forth above, the time from the date of the motion to the time of trial is excluded for purposes of the Speedy Trial Act.  *Id.*

The timeframes and plea-hearing deadline requirements established in the trial management order (Doc. 6) continue to govern this case, with substitution of the new

---

1 This trial setting is on the rotating trial docket.  The parties may request a date certain jury trial setting at any time from the District Court.

trial date as October 1, 2018.   Accordingly, for the trial date of September 4, 2018, the following deadlines apply (if applicable):

| | |
|---|---|
| September 10, 2018 | Deadline for filing notice of intent to plead guilty, filing a motion to continue trial, and/or request a date certain; |
| September 17, 2018 | Deadline for entry of guilty plea (if applicable). |

The status conference hearing scheduled for Friday, August 3, 2018, at 10:00 a.m. is to **Friday, September 7, 2018, at 10:00 a.m.   Defendant is not required to participate in the scheduled status conference hearing**.

   **IT IS SO ORDERED** this 3rd day of August, 2018.

Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa

3